IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ANTHONY GENO MARTINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 125-015 |
| | ) | |
| SHERRIFF GINO BRANTLEY; MAJOR LEE; CAPTAIN WHITE; CAPTAIN HARRELL; LIEUTENANT ASHLEY; DEPUTY KING; DEPUTY RILEY; DEPUTY THOMAS; DEPUTY PRESCOTT; KANDICE HILLARD; W. CUNNINGHAM; THOMAS CLICK; DEPUTY JOHN DOE ONE; DEPUTY JOHN DOE TWO; MAJOR DANIELS; MAJOR; CAPTAIN; LIEUTENANT JOHN/JANE DOE THREE/ ONE; NURSE JANE DOE TWO; NURSE JANE DOE THREE; NURSE JANE DOE FOUR; CORPORAL JANE DOE FIVE; LIEUTENANT DELGATO; DEPUTY JOHN DOE FOUR; NURSE JANE DOE SIX; NURSE JANE DOE SEVEN; DOCTOR JANE DOE EIGHT; CCS, INC.; NURSE PERLEY; and DEPUTY SMITH, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 5.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's request to proceed *in forma pauperis*, (doc. no. 2),

**DISMISSES** this action without prejudice, and **CLOSES** this civil action. If Plaintiff wishes to proceed with the claims raised in this case, he should be required to initiate a new lawsuit, which would require submission of a new complaint. See Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002).

SO ORDERED this 7TH day of March, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA